# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GEORGE A. FICKAS & GAIL M. FICKAS  
10332 SOMERSET LANE  
HUNTLEY, IL  60142

SSN-xxx-xx-4789 & xxx-xx-9599

Case Number: 04-71515

Case filed on: 3/22/2004  
Plan Confirmed on: 6/7/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $51,282.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY RICHARD T JONES | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 205 | WASHINGTON MUTUAL BANK FA | 0.00 | 0.00 | 0.00 | 0.00 |
| 225 | THE RAMSEY LAW FIRM PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | GEORGE A. FICKAS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 2,296.44 | 964.72 | 964.72 | 1,397.97 |
| 002 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE AUTO FINANCE | 19,800.00 | 19,800.00 | 19,800.00 | 5,976.98 |
| 004 | WASHINGTON MUTUAL BANK | 270,834.58 | 0.00 | 0.00 | 0.00 |
| 005 | WASHINGTON MUTUAL BANK | 13,647.88 | 13,647.88 | 13,647.88 | 0.00 |
|  | Total Secured | 306,578.90 | 34,412.60 | 34,412.60 | 7,374.95 |
| 003 | CAPITAL ONE AUTO FINANCE | 9,366.27 | 579.88 | 579.88 | 0.00 |
| 006 | AMERICASH INSTALLMENT LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICASH LOANS LLC | 881.35 | 881.35 | 84.37 | 0.00 |
| 008 | CAPITAL ONE | 834.60 | 834.60 | 79.88 | 0.00 |
| 009 | CAPITAL ONE | 303.88 | 303.88 | 29.08 | 0.00 |
| 010 | CAPITAL ONE | 510.39 | 510.39 | 48.85 | 0.00 |
| 011 | CFC FINANCIAL LLC | 233.25 | 233.25 | 22.32 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 7,711.17 | 7,711.17 | 738.05 | 0.00 |
| 013 | EZ PAYDAY ADVANCES | 1,303.39 | 1,303.39 | 124.75 | 0.00 |
| 014 | EZ PAYDAY LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 335.78 | 335.78 | 32.14 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 634.83 | 634.83 | 60.76 | 0.00 |
| 020 | RETAILERS NATIONAL BANK | 436.34 | 436.34 | 41.76 | 0.00 |
| 021 | CFS SUNTECH SERVICING LLC | 19,611.47 | 19,611.47 | 1,877.04 | 0.00 |
| 022 | Z-TEL COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | Z-TEL COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | AMERICASH LOANS LLC | 1,669.53 | 1,669.53 | 159.79 | 0.00 |
|  | Total Unsecured | 43,832.25 | 35,045.86 | 3,878.67 | 0.00 |
|  | Grand Total: | 352,611.15 | 71,658.46 | 40,491.27 | 7,374.95 |

Total Paid Claimant:     $47,866.22  
Trustee Allowance:       $3,415.78  
Percent Paid Unsecured:     11.07

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008                    By  /s/Heather M. Fagan